UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAUL WROBEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:20-cv-00425-JDL |
| | ) |
| STATE OF MAINE, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff Paul Wrobel, who is self-represented, asserts various claims against the State of Maine and Maine Attorney General Aaron M. Frey based on the actions of certain members of the United States House of Representatives and several federal agencies (ECF No. 1). The Defendants have moved to dismiss Wrobel's Complaint (ECF No. 12). United States Magistrate Judge John C. Nivison filed his Recommended Decision on the Motion to Dismiss with the Court on March 26, 2021 (ECF No. 22), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2021) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge

1

for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

After the Defendants filed their Motion to Dismiss, Wrobel filed a Motion for Judgment on the Pleadings (ECF No. 20). Because I agree with the Magistrate Judge that the Defendants' motion to dismiss should be granted, I deny the motion for judgment on the pleadings as moot.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 22) of the Magistrate Judge is hereby **ACCEPTED** and the Defendants' Motion to Dismiss (ECF No. 12) is **GRANTED**. Wrobel's Complaint is **DISMISSED** and the Clerk's Office is instructed to close the case. Wrobel's Motion for Judgment on the Pleadings (ECF No. 20) is **DENIED AS MOOT**.

**SO ORDERED.**

**Dated this 26th day of April, 2021.**

                                                  /s/ Jon D. Levy  
                                           **CHIEF U.S. DISTRICT JUDGE**